UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __April 29, 2021__

**HEDGEYE RISK MANAGEMENT, LLC,**

                **Plaintiff,**

    -against-

**DARIUS DALE,**

                **Defendant.**

**21-cv-3687(ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court has received Defendant's request for an extension of time. (ECF No. 15.) Plaintiff opposes the request. (ECF No. 17.) The Court grants Defendant's request. The Court cancels the May 10, 2021 telephone conference, and the Parties shall appear for a Show Cause hearing, via telephone conference, on **May 24, 2021 at 2:00 p.m.** The Parties should contact the Court at 1-888-363-4749 (access code: 3768660). Defendant shall produce the documents by **May 4, 2021 at 5:00 p.m.**, and Defendant shall submit a Response to the Application, in writing, to be filed with the Court and served upon attorneys for Plaintiff by **May 18, 2021 at 5:00 p.m**. Defendant shall be temporarily restrained and enjoined until **May 24, 2021**. Additionally, the Court grants Plaintiff's request to seal. (ECF No. 16).

**SO ORDERED.**

**Dated: April 29, 2021**
      New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**