


May 5, 2021

**VIA ECF**

The Honorable Andrew L. Carter Jr.
United States Courthouse
40 Foley Square
New York, NY 1007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 6, 2021

**MEMO ENDORSED**

Re: <u>Hedgeye Risk Management, LLC v. Dale</u>, No. 1:21-cv-3687 (ALC)

Dear Judge Carter:

I represent Mr. Dale in the above captioned matter. Pursuant to Section 6.D of your Honor's Individual Practices and Section 6 of the SDNY ECF Fules and Instructions, I write to request that the following document be filed under seal:

: May 3, 2021, Declaration of Darius Dale in support of Defendant's Memorandum in Opposition to Plaintiff's Motion for Order to Show Cause.

The undersigned was contacted by counsel for the plaintiff requesting that the second sentence of paragraph 6 and the entirety of paragraph 18 be redacted claiming the content is confidential. Defendant has no objection to this request and accordingly seeks the Court to seal the Declaration.

In accordance with the Court's Individual Practices, a redacted version of the document to be filed under seal is attached hereto.

Thank you for your time and consideration.

Sincerely,

Michelle N. Holmes

MNH/lj

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**May 6, 2021**
The Court shall seal the
Declaration of Darius Dale
annexed in ECF No. 28-1.

49 Leavenworth Street, Suite 200
Waterbury, CT 06702
www.mholmeslaw.com | 203 596-1091