USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 18, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**HEDGEYE RISK MANAGEMENT, LLC,**

         **Plaintiff,**

   -against-

**DARIUS DALE,**

         **Defendant.**

**21-cv-3687(ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court adjourns the May 24, 2021 telephone conference to **May 24, 2021 at 4:00 p.m.**

The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:** **May 18, 2021**
   **New York, New York**

            */s/ Andrew L. Carter, Jr.*
            _____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**