


May 18, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 19, 2021

**VIA ECF**

The Honorable Andrew L. Carter Jr.
United States Courthouse
40 Foley Square
New York, NY 1007

**MEMO ENDORSED**

Re: <u>Hedgeye Risk Management, LLC v. Dale</u>, No. 1:21-cv-3687 (ALC)

Dear Judge Carter:

I represent Mr. Dale in the above captioned matter. Pursuant to Section 6.D of your Honor's Individual Practices and Section 6 of the SDNY ECF Rules and Instructions, I write to request that the following document be filed under seal:

: May 18, 2021, Declaration of Darius Dale in support of Defendant's Memorandum in Opposition to Plaintiff's Motion for Restraining Order.

The undersigned submits that information contained in this affidavit will be considered by plaintiff as confidential. Defendant has no objection to having the document sealed.

Thank you for your time and consideration.

Sincerely,

Michelle N. Holmes

MNH/lj

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

May 19, 2021

49 Leavenworth Street, Suite 200
Waterbury, CT 06702
www.mholmeslaw.com | 203 596-1091