USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 2, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
**HEDGEYE RISK MANAGEMENT, LLC,**

                     **Plaintiff,**

      -against-

**DARIUS DALE,**

                     **Defendant.**
------------------------------------------------------------ x

**21-cv-3687 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court shall hold a telephone conference in this matter on June 3, 2021 at 11:00 a.m. Plaintiff's Counsel shall initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated**: June 2, 2021
         New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**