USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,

                Plaintiff,

      - against -

DARIUS DALE,

                Defendant.
-----------------------------------------------------------X

21-CV-3687 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This case has been referred to me for general pretrial matters. By **June 11, 2021**, the parties shall jointly file a status report that includes (1) a brief summary of the proceedings to date; (2) identification of any motions or issues that require the Court's attention; (3) a statement as to the extent to which the parties believe it would be productive to schedule a settlement conference with the undersigned or other means. If a pre-trial scheduling order has not yet been put in place, the parties shall meet and confer and propose one for the Court's consideration.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated:  June 4, 2021
          New York, New York

Copies transmitted this date to all counsel of record.