```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 19, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEDGEYE RISK MANAGEMENT, LLC,

                              Plaintiff,

    -against-

DARIUS DALE,

                             Defendant.

21-cv-3687(ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's renewed motion for a preliminary injunction. Defendant shall respond by July 22, 2021. The Court shall hold a telephone conference in this matter on **July 28, 2021 at 11:00 a.m.** The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated: July 19, 2021
       New York, New York

                                                             ANDREW L. CARTER, JR.
                                                              United States District Judge