**Shapiro Arato Bach** LLP

500 Fifth Avenue, 40th Floor   New York, NY 10110
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Fabien M. Thayamballi
fthayamballi@shapiroarato.com
Direct: 212-257-4891

July 22, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 23, 2021

VIA ECF

The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *Hedgeye Risk Management, LLC v. Dale*, No. 21-cv-3687 (ALC) (RWL)

Dear Judge Carter:

We represent Defendant Darius Dale and, in connection with Mr. Dale's opposition to Hedgeye's renewed motion for a preliminary injunction, write to request leave to file under seal portions of the transcript of Mr. Dale's deposition, which are attached as Exhibit A to the declaration of Michelle N. Holmes.

As set forth in the letter of Thomas E. Wallerstein, counsel for Hedgeye, dated July 16, 2021, Hedgeye is treating the entire deposition transcript as confidential for purposes of the pending motion. (Dkt. 64). The Stipulated Confidentiality Agreement and Protective Order therefore requires us to file it under seal. (Dkt. 45 at 9). Many of the transcript pages in Exhibit A to Ms. Holmes's declaration also appear in Exhibit A to Mr. Wallerstein's declaration (Dkt. 65-1), which the Court authorized to be sealed (Dkt. 68).

Respectfully,

/s/ Fabien M. Thayamballi

Fabien M. Thayamballi

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 23, 2021