```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,

                Plaintiff,

     - against -

DARIUS DALE,

                Defendant.
------------------------------------------------------------X

21-CV-3687 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Per the discovery conference held on July 30, 2021,

1. Defendant shall substantively respond to the document requests and interrogatories served up on him no later than **August 18, 2021.** Defendant has not waived his right to object if warranted.

2. Defendant may serve an interrogatory asking for identification with particularity of all purported trade secrets, to which Plaintiff shall respond substantively within 30 days of service. Defendant may not delay complying with his own discovery obligations during the pendency of Plaintiff's response to the interrogatory or any other discovery due from Plaintiff.

3. This resolves the letter motion at Dkt. 80.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: July 30, 2021
       New York, New York

Copies transmitted this date to all counsel of record.