```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,           :
                                        :     21-CV-3687 (ALC) (RWL)
                      Plaintiff,        :
                                        :
          - against -                   :     ORDER
                                        :
DARIUS DALE,                            :
                                        :
                      Defendant.        :
                                        :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the discovery conference held on September 17, 2021, Plaintiff shall provide, consistent with direction provided at the conference, an amended response to Defendant's interrogatory asking for identification of trade secrets. Plaintiff shall provide the amended response by **October 1, 2021**. This terminates the motion at Dkt. 98.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 17, 2021
       New York, New York

Copies transmitted this date to all counsel of record.