USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEDGEYE RISK MANAGEMENT, LLC,

               Plaintiff,

v.

DARIUS DALE,

               Defendant.

Case No. 1:21-cv-03687-ALC

**PROPOSED ORDER
FOR ADMISSION PRO HAC VICE**

The motion for Amit Rana for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of California and that his contact information is as follows:

| Applicant's Name: | Amit Rana |
|---|---|
| Firm Name: | Venable LLP |
| Address: | 101 California Street, Suite 3800 |
| City, State/Zip | San Francisco, CA 94111 |
| Telephone | (415) 653-3750 |
| Fax | (415) 653-3755 |
| Email Address | ARana@Venable.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Hedgeye Risk Management, LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**SO ORDERED.**

Dated: 12/10/2021

SO ORDERED:

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE