Shapiro Arato Bach LLP

500 Fifth Avenue, 40th Floor   New York, NY 10110
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

February 15, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    2/15/2022

<u>Via ECF</u>

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Hedgeye Risk Management, LLC v. Dale*, No. 21-cv-3687 (ALC) (RWL)

Dear Judge Lehrburger:

Further to Defendants' request for immediate court intervention filed yesterday (Dkt. 168), we respectfully write to request leave to file under seal Exhibit B of a supplemental submission that details Plaintiff Hedgeye's additional tweets following our submission to the Court.  Exhibit B is a tweet from Hedgeye President Michael Blum displaying an internal Hedgeye Human Resources record concerning Defendant Darius Dale from 2018.

This document contains sensitive, personal information about Defendant Dale.  Hedgeye itself previously recognized the sensitivity of this document and designated it "confidential" when it was produced it in discovery.  Moreover, "courts have generally characterized personnel files as confidential and found it appropriate to enter protective orders governing their use in litigation because of the inherent potential for harm or embarrassment if the information they contain is revealed."  *Duling v. Gristede's Operating Corp.*, 266 F.R.D. 66, 72–73 (S.D.N.Y. 2010).  Accordingly, sealing is warranted here.

Respectfully submitted,

/s/ Jonathan P. Bach
Jonathan P. Bach

SO ORDERED:

2/15/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE