UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

HEDGEYE RISK MANAGEMENT, LLC,

                      Plaintiff,

          -against-

DARIUS DALE ET AL.,

                     Defendants.

-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 6, 2022

21-cv-3687(ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' briefing regarding Plaintiff's objections. The Court remands the matter to Magistrate Judge Lehrburger for reconsideration in light of the full briefing submitted by the parties.

**SO ORDERED.**

**Dated:   April 6, 2022**
          **New York, New York**

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**