```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
HEDGEYE RISK MANAGEMENT, LLC,          :
                                       :
                    Plaintiffs,        :
                                       :
         -against-                     :  21-cv-03687-ALC-RWL
                                       :
DARIUS DALE ET AL.,                    :  22-cv-01113-ALC-RWL
                                       :
                    Defendants.        :      ORDER
                                       :
                                       :
------------------------------------------------------- x
                                       :
HEDGEYE RISK MANAGEMENT, LLC,          :
                                       :
                    Plaintiffs,        :
                                       :
         -against-                     :
                                       :
NADINE TERMAN and SOLSTEIN             :
CAPITAL, LLC,                          :
                    Defendants.        :
                                       :
------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 11, 2022

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the submissions regarding the proposed consolidation motion and the *Terman* Defendants' proposed motion to dismiss the complaint in the *Terman* action. The Court denies the requests for a pre motion conference and grants leave for the *Terman* Defendants to file a motion to dismiss and for Hedgeye to file a motion to consolidate. The parties shall submit a proposed briefing schedule for both motions by May 17, 2022.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 15 in case 22-cv-01113.

**SO ORDERED.**

Dated: May 11, 2022
       New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**

2