

July 1, 2022

<u>Via ECF</u>

The Honorable Robert W. Lehrburger
500 Pearl Street, Room 1960
United States Courthouse
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2022
```

Re:   Hedgeye Risk Management, LLC v. Dale, 21-cv-3687 (ALC)(RWL):
      <u>Request to Seal Documents</u>

Dear Judge Lehrburger:

    We represent Defendants Darius Dale, Steven Lamar, and 42 Macro LLC in the above-referenced matter.  We write to request that Exhibits B and D to Defendants' letter-motion to compel non-party Sierpinski Capital to respond to Defendants' subpoena, and references in the brief quoting those exhibits as well as deposition testimony from Hedgeye President Michael Blum be filed under seal.

    We request sealing only in order to comply with our obligation under the Protective Order in this case, because Hedgeye designated these materials "Highly Confidential-Attorneys' Eyes Only."  Hedgeye's designations are improper and unjustifiable. Until these designations are removed, however, Defendants will treat these materials confidentially as the Protective Order requires.

Respectfully,

/s/ Jonathan P. Bach

Jonathan P. Bach

SO ORDERED:

7/5/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE