UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/8/2022__

-------------------------------------------------------------X

HEDGEYE RISK MANAGEMENT, LLC,          :
                                        :          21-CV-3687 (ALC) (RWL)
                        Plaintiff,      :
                                        :
            - against -                 :          **ORDER**
                                        :
DARIUS DALE, et al.                     :
                                        :
                        Defendants.     :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Defendants' letter motion to compel non-party Sierpinski Capital Management, LP to produce and search for certain documents in response to the subpoena served on it by Defendants (Dkt. 272), and Sierpinski's letter motion to quash the subpoena (Dkt. 278). The motion to compel is granted to the extent that Sierpinski must carry out what it represents it will do in Dkt. 278 - that is, comply with requests 1 through 4, with request 2 limited as described by Hedgeye. Sierpinski shall also provide the sworn client statement requested by Defendants. Sierpinski's motion to quash is denied.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 8, 2022
          New York, New York

Copies transmitted this date to all counsel of record.

1