

Shapiro Arato Bach LLP

500 Fifth Avenue, 40th Floor  New York, NY 10110
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Fabien M. Thayamballi
fthayamballi@shapiroarato.com
Direct: 212-257-4891

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2022
```

July 19, 2022

VIA ECF

The Honorable Robert W. Lehrburger
500 Pearl Street, Room 1960
United States Courthouse
New York, NY 10007

Re: *Hedgeye Risk Management, LLC v. Dale*, No. 21-cv-3687 (ALC) (RWL)

Dear Judge Lehrburger:

      We represent Defendants Darius Dale, Steven Lamar, and 42 Macro LLC in the above-referenced matter.  We write to request that Defendants be permitted to file their proof of service for the subpoena on "Caffeine Addict" in redacted form because it contains information that Hedgeye has designated as "Confidential" under the Protective Order.  Defendants disagree with Hedgeye's designations but must treat the information as confidential until the Court rules otherwise.

Respectfully submitted,

/s/ Fabien M. Thayamballi

Fabien M. Thayamballi

---

The request to seal is granted to the extent that the redacted information contains personally identifying information.  The request is denied in all other respects.

SO ORDERED:

7/21/2022  /s/ [signature]

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE