```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,

                Plaintiff,

       - against -

DARIUS DALE, et al.

                Defendants.
-----------------------------------------------------------X

21-CV-3687 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses the scheduling issue raised by Plaintiff at Dkt. 327 and addressed by Defendants at Dkts. 328 and 329. Defendants shall file their affirmative defenses and counterclaims, if any, by **September 20, 2022** (the two-week period after they will have served their motions to dismiss). The discovery schedule will not be revised at this time.

                                      SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: September 6, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1