USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/28/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,          :
                                                                    :          21-CV-3687 (ALC) (RWL)
                                      Plaintiff,          :
                                                                    :
               - against -                            :          **ORDER**
                                                                    :
DARIUS DALE, et al.                                :
                                                                    :
                                      Defendants.    :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendant's letter motion at Dkts. 370-71 to declassify Hedgeye's interrogatory

response is granted.  There is nothing confidential about that information, and it is not

subject to being maintained under seal.  Separately, the parties shall meet and confer to

discuss declassification of documents produced by both parties.

The Court respectfully directs the Clerk of Court to modify the viewing level for Dkt.

371 to public.

                               SO ORDERED.

                               _____
                               ROBERT W. LEHRBURGER
                               UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2022
          New York, New York

Copies transmitted this date to all counsel of record.

1