

November 15, 2022

Thomas E. Wallerstein

T 415.653.3707
F 415.653.3755
TWallerstein@Venable.com

**VIA ECF**

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *Hedgeye Risk Management, LLC v. Dale*, No. 1:21-cv-3687 (ALC)
            **Request to Seal Documents**

Dear Judge Lehrburger:

      We represent Hedgeye Risk Management, LLC ("Hedgeye") in the above captioned matter. We write to request that the following documents be filed under seal:

- Hedgeye's Letter Motion to Compel Dated November 15, 2022
- Exhibit A to Hedgeye's Letter Motion to Compel Dated November 15, 2022

      Pursuant to the Stipulated Confidentiality Agreement and Protective Order between the Parties (Dkt. 45), all Confidential Discovery Material must be filed with the Court under seal. Exhibit A is a deposition transcript of Collin de Rham, portions of which were designated on the record as "Highly Confidential – Attorney's Eyes Only." Out of an abundance of caution, and until the Parties can resolve exactly which portions are Confidential, Hedgeye files the entirety of the transcript under seal, along with the letter motion that references and describes the testimony.

      Thank you for your consideration.

Respectfully submitted,

Thomas E. Wallerstein

Request to file under seal granted.

SO ORDERED:

11/16/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE