```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,            :
                                         :      21-CV-3687 (ALC) (RWL)
                    Plaintiff,           :
                                         :
        - against -                      :      **ORDER**
                                         :
DARIUS DALE, et al.                      :
                                         :
                    Defendants.          :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Hedgeye's application for in camera review of Defendants' redactions to the Intrepid Report (Dkt. 374), and Hedgeye's application to compel the Terman Defendants to produce Longbow-related documents post-dating April 4, 2021 (Dkt. 375).

1. The application for in camera review is denied principally for the reasons as set forth in Defendants' response dated November 9, 2022 (Dkt. 376).

2. The motion to compel production of Terman's Longbow-related documents post-dating April 4, 2021 is granted in part. The Terman Defendants shall produce Longbow-related documents post-dating April 4, 2021 up to the date that Hedgeye filed suit against the Terman Defendants.

The Clerk of Court is respectfully requested to terminate the motions at Dkts. 374 and 375.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 16, 2022
　　　　New York, New York

Copies transmitted this date to all counsel of record.