UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,

                Plaintiff,

      - against -

DARIUS DALE, et al.

                Defendants.
-----------------------------------------------------------X

21-CV-3687 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Plaintiff's letter motion to compel at Dkt. 399. The motion is DENIED for substantially the reasons set forth in Defendants' letter at Dkt. 407. The Clerk of Court is respectfully requested to terminate the motion at Dkt. 399.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: December 14, 2022
       New York, New York

Copies transmitted this date to all counsel of record.