

500 Fifth Avenue, 40th Floor  New York, NY 10110
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2022

December 9, 2022

<u>Via ECF</u>

The Honorable Robert W. Lehrburger
500 Pearl Street, Room 1960
United States Courthouse
New York, NY 10007

Re: *Hedgeye Risk Management, LLC v. Dale*, No. 21-cv-3687 (ALC) (RWL)

Dear Judge Lehrburger:

On behalf of Defendants Darius Dale, Steven Lamar, and 42 Macro LLC, we seek leave to file Defendants' opposition to Hedgeye's motion seeking to compel discovery and the associated declaration and exhibits under seal, and we further move to ensure that Hedgeye's letter motion (Dkt. 399) remains under seal.

There is good cause to seal these materials. They concern communications both parties have previously deemed confidential. We believe the need to maintain these materials under seal will be self-evident, but we would be happy to provide a further explanation to the Court if it so requests. Moreover, Hedgeye should not be permitted to use this motion—which appears to further no legitimate litigation purpose—as a vehicle to put the sensitive information contained therein on the public docket.

We further note that, due to the timing of Hedgeye's motion, Defendants were forced to rely on a rough deposition transcript to support their response (Exhibit C). Because this transcript has not yet been finalized, that provides one more reason why Exhibit C should be filed under seal.

Respectfully submitted,

/s/ Jonathan P. Bach
Jonathan P. Bach
Fabien M. Thayamballi
Alice Buttrick
SHAPIRO ARATO BACH LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
Tel: (212) 257-4897
Fax: (212) 202-6417

The Honorable Robert W. Lehrburger  
December 9, 2022

Page 2

jbach@shapiroarato.com  
fthayamballi@shapiroarato.com  
abuttrick@shapiroarato.com

*Attorneys for Defendants Darius Dale, Steven Lamar, and 42 Macro LLC*

Granted.

SO ORDERED:

12/14/2022

HON. ROBERT W. LEHRBURGER  
UNITED STATES MAGISTRATE JUDGE