

101 CALIFORNIA STREET   SUITE 3800   SAN FRANCISCO, CA 94111
T 415.653.3750   F 415.653.3755   www.Venable.com

December 7, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2022
```

Thomas E. Wallerstein

T 415.653.3707
F 415.653.3755
TWallerstein@Venable.com

**VIA ECF**

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:  ***Hedgeye Risk Management, LLC v. Dale***, No. 1:21-cv-3687 (ALC) (RWL)
> **Request to Seal Documents**

Dear Judge Lehrburger:

We represent Hedgeye Risk Management, LLC ("Hedgeye") in the above captioned matter.  We write to request that the following documents be filed under seal:

- Hedgeye's Letter Motion to Compel Dated December 7, 2022

Pursuant to the Stipulated Confidentiality Agreement and Protective Order between the Parties (Dkt. 45), all Confidential Discovery Material must be filed with the Court under seal. Though there is nothing confidential about the materials, the letter motion quotes and describes information that has been designated by Defendants as Confidential and/or Attorneys' Eyes Only.

Thank you for your consideration.

Respectfully submitted,

Thomas E. Wallerstein

Granted.

SO ORDERED:

12/14/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE