USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/15/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,                    :
                                                 :          21-CV-3687 (ALC) (RWL)
                          Plaintiff,             :
                                                 :
              - against -                        :          **ORDER**
                                                 :
DARIUS DALE, et al.                              :
                                                 :
                          Defendants.            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By letter motion dated December 8, 2022 (Dkt. 403), Defendants seek a protective

order quashing Hedgeye's subpoenas to Dropbox, Twitter, Longbow, Eric Berman and

Leonardo Cardoso.  Defendants' motion is granted for substantially the reasons set forth

in Defendants' letters at Dkt. 403 and 419.  The Court grants the protective order pursuant

to Rule 45(d)(3)(A)(iv) and Rule 26(c)(1) with respect to the subpoenas to Dropbox and

Twitter, and pursuant to Rule 26(c)(1) with respect to the remaining subpoenas.  Plaintiff's

arguments in support of the subpoenas are not persuasive.  (*See* Dkt. 413.)  Among other

defects, the relevant material sought from Dropbox and Twitter has been sought and

produced by Defendants thus making the subpoenas duplicative and disproportionate;

the requests to Longbow are exceedingly overbroad and disproportionate (all the more

so in light of the fact that Dale never joined Longbow); and the subpoenas to Berman and

Cardoso are harassing and disproportionate as they seek communications obtainable

from and produced by Defendants, and beyond that are an impermissible fishing

expedition.  The Clerk of Court is respectfully requested to terminate the motion at Dkts.

403 and 404.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 15, 2022
        New York, New York

Copies transmitted this date to all counsel of record.