

101 CALIFORNIA STREET   SUITE 3800   SAN FRANCISCO, CA 94111
T 415.653.3750   F 415.653.3755   www.Venable.com

January 4, 2023

Amit Rana

T 415.653.3747
F 415.653.3755
ARana@Venable.com

**VIA ECF**

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Hedgeye Risk Mgmt., LLC v. Dale, et. al.*, No. 1:21-cv-03687-ALC-RWL

Dear Judge Lehrburger:

    Pursuant to the Court's Order dated December 23, 2022 (Dkt. 429), Hedgeye and the Terman Defendants (the "Parties") submit this joint status letter. Hedgeye has served amended responses to the requests in question and has withdrawn many of its objections. The Parties have met and conferred on two occasions to further narrow the requests and their meet and confer efforts are ongoing. The Parties will inform the Court of any further disputes if and when they arise.

    Respectfully submitted,

    */s/ Amit Rana*

    Amit Rana

cc:    All counsel via ECF