

101 CALIFORNIA STREET   SUITE 3800   SAN FRANCISCO, CA 94111
T 415.653.3750   F 415.653.3755   www.Venable.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/1/2023

February 28, 2023

Thomas E. Wallerstein

T 415.653.3707
F 415.653.3755
TWallerstein@Venable.com

**VIA ECF**

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *Hedgeye Risk Management, LLC v. Dale*, No. 1:21-cv-3687 (ALC)
           <u>Request to Seal Documents</u>

Dear Judge Lehrburger:

    We represent Hedgeye Risk Management, LLC ("Hedgeye") in the above captioned matter. We write to request that the following documents be filed under seal:

- Hedgeye's Letter Motion For An Order Compelling The Production Of Responsive Communications Dated February 28, 2023
- Exhibit A to The Aforementioned Letter Motion to Compel Dated February 28, 2023

    Pursuant to the Stipulated Confidentiality Agreement and Protective Order between the Parties (Dkt. 45), all Confidential Discovery Material must be filed with the Court under seal. Portions of Hedgeye's Letter Motion and Exhibit A contain deposition testimony elicited from Defendant Nadine Terman on December 1, 2022. Until the Parties can resolve exactly which portions are Confidential, Hedgeye is filing the relevant portions of the Nadine Terman December 1, 2022 transcript as Exhibit A to the letter motion under seal, along with the letter motion that references that testimony.

    Thank you for your consideration.

                                          Respectfully submitted,

                                          Thomas E. Wallerstein

---

Request to seal denied. There is nothing in the deposition excerpt that meets the standards for sealing. The Clerk of Court is respectfully requested to modify the viewing level for Dkts. 473 and 473-1 to the public viewing level.

SO ORDERED:

3/1/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE