

Shapiro Arato Bach LLP

500 Fifth Avenue, 40th Floor  New York, NY 10110
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

March 16, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023

Via ECF

The Honorable Robert W. Lehrburger
500 Pearl Street, Room 1960
United States Courthouse
New York, NY 10007

Re: *Hedgeye Risk Management, LLC v. Dale*, No. 21-cv-3687 (ALC) (RWL)

Dear Judge Lehrburger:

We represent Defendants Darius Dale, Steven Lamar, and 42 Macro LLC and, in connection with Defendants' opposition to Hedgeye's motion for an indefinite extension of fact discovery, we write to request leave to file one sentence in Defendants' letter under seal. Hedgeye recently produced a document concerning communications between Hedgeye's general counsel and a news organization about this litigation. Hedgeye improperly designated that document "Highly Confidential-Attorneys' Eyes Only" under the Protective Order, although it is difficult to imagine a scenario in which a communication with a third-party news organization could merit such a designation. Counsel for the *Terman* Defendants promptly requested that Hedgeye remove that designation; however, they have not yet done so. Accordingly, under the Protective Order, we are required to file the reference to this document under seal. (Dkt. 45 at 9). We would be happy to file an unredacted letter should the Court agree that Hedgeye's designation is improper.

Respectfully submitted,

/s/ Jonathan P. Bach
Jonathan P. Bach
Fabien M. Thayamballi
Alice Buttrick
SHAPIRO ARATO BACH LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
Tel: (212) 257-4897
jbach@shapiroarato.com
fthayamballi@shapiroarato.com
abuttrick@shapiroarato.com
*Attorneys for Defendants Darius Dale, Steven Lamar, and 42 Macro LLC*

Request denied for the reasons stated. Defendants shall file the letter in unredacted form.
SO ORDERED:

3/27/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE