

101 CALIFORNIA STREET   SUITE 3800   SAN FRANCISCO, CA 94111
T 415.653.3750   F 415.653.3755   www.Venable.com

March 13, 2023

Thomas E. Wallerstein

T 415.653.3707
F 415.653.3755
TWallerstein@Venable.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023
```

**VIA ECF**

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Hedgeye Risk Management, LLC v. Dale*, No. 1:21-cv-3687 (ALC)
   **Request to Seal Documents**

Dear Judge Lehrburger:

We represent Hedgeye Risk Management, LLC ("Hedgeye") in the above captioned matter. We write to request that the following documents be filed under seal:

- Hedgeye's Letter Dated March 13, 2023

Pursuant to the Stipulated Confidentiality Agreement and Protective Order between the Parties (Dkt. 45), all Confidential Discovery Material must be filed with the Court under seal. Portions of Hedgeye's Letter contain references to information that has been treated as Confidential.

Thank you for your consideration.

Respectfully submitted,

/s/ Wallerstein

Thomas E. Wallerstein

Granted.
SO ORDERED:

3/27/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE