UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEDGEYE RISK MANAGEMENT, LLC,<br><br>      Plaintiff,<br><br>-against-<br><br>DARIUS DALE, et al.,<br><br>      Defendants. | 21-CV-3687 (ALC)(RWL)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

   In light of the Terman Defendants' Amended Counterclaims filed in response to Plaintiff's request for a pre-motion conference (ECF No. 485), the pre-motion conference scheduled for Thursday April 20 at 12:00 p.m. is adjourned *sine die*. Plaintiff is **GRANTED** leave to file a motion to dismiss. The Court sets the following briefing schedule:

   Plaintiff's motion shall be filed by **May 19, 2023**

   The Terman Defendants' opposition brief shall be filed by **June 20, 2023**

   Any reply shall be filed by **July 14, 2023**

   The Court will issue a decision on the pending objections to Judge Lehrburger's discovery orders without oral argument.

   **SO ORDERED.**

Dated: April 18, 2023
    New York, New York

                        ANDREW L. CARTER, JR.
                        United States District Judge