

101 CALIFORNIA STREET   SUITE 3800   SAN FRANCISCO, CA 94111
T 415.653.3750   F 415.653.3755   www.Venable.com

April 13, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2023
```

Thomas E. Wallerstein

T 415.653.3707
F 415.653.3755
TWallerstein@Venable.com

**VIA ECF**

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: *Hedgeye Risk Management, LLC v. Dale*, No. 1:21-cv-3687 (ALC)
    **Request to Seal Documents**

Dear Judge Lehrburger:

  We represent Hedgeye Risk Management, LLC ("Hedgeye") in the above captioned matter. We write to request that the following documents be filed under seal:

- Exhibit A to Hedgeye's Letter Dated April 13, 2023

  Pursuant to the Stipulated Confidentiality Agreement and Protective Order between the Parties (Dkt. 45), all Confidential Discovery Material must be filed with the Court under seal. Exhibit A contains references to information that has been produced as Attorneys' Eyes Only.

  Thank you for your consideration.

Respectfully submitted,

/s/ Thomas E. Wallerstein

Thomas E. Wallerstein

Application to seal denied. There is nothing about Exhibit A, as redacted, that meets the criteria for sealing in this Circuit.

SO ORDERED:

4/19/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE