UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HEDGEYE RISK MANAGEMENT, LLC,**<br><br>                              **Plaintiff,**<br><br>                       -against-<br><br>**DARIUS DALE, et al.,**<br><br>                              **Defendants.** | **21-CV-3687 (ALC)(RWL)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court has reviewed the briefing for the Terman Defendants' motion to dismiss the Third Amended Complaint and requires further briefing before rendering a decision. Plaintiff and the Terman Defendants are each directed to file letter briefs (of no more than three pages) by **May 5, 2023** addressing the Second Circuit's recent decision in *In re Platinum & Palladium Antitrust Litig.*, 61 F.4th 242, 270 (2d Cir. 2023) as it relates to personal jurisdiction and conspiracy jurisdiction.

**SO ORDERED.**

Dated:  April 27, 2023
        New York, New York

                                                                        ANDREW L. CARTER, JR.
                                                                        United States District Judge