```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,        :
                                      :     21-CV-3687 (ALC) (RWL)
                    Plaintiff,        :
                                      :
        - against -                   :     ORDER
                                      :
DARIUS DALE, et al.                   :
                                      :
                    Defendants.       :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By May 8, 2023, Plaintiff shall submit by email to chambers, subject to password protection, the Lacalle and Bastick expert reports designated as Attorneys' Eyes Only so that the Court may conduct an in camera review.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 4, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1