UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEDGEYE RISK MANAGEMENT, LLC<br><br>      Plaintiff-Counterdefendant,<br><br>v.<br><br>DARIUS DALE, STEVEN LAMAR, 42 MACRO LLC, NADINE TERMAN, and SOLSTEIN CAPITAL, LLC<br><br><br>      Defendants-Counterclaimants. | Case No. 1:21-cv-03687 (ALC) (RWL)<br><br>**ORAL ARGUMENT REQUESTED**<br><br><br>**NOTICE OF COUNTERDEFENDANT'S MOTION TO DISMISS COUNTERCLAIMANTS' AMENDED COUNTERCLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Counterdefendant Hedgeye Risk Management, LLC ("Hedgeye"), through their attorneys Venable LLP, will move this Court, before the Honorable Andrew L. Carter, United States District Judge, on a date and time to be set by the Court, at the Southern District of New York, 40 Foley Square, Courtroom 1306, for an Order dismissing all claims in the Amended Counterclaims against Hedgeye pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other further relief as the Court deems just and proper.

Dated: May 19, 2023
New York, New York

VENABLE LLP

*/s/ Eric A. Prager*
Eric A. Prager
Thomas E. Wallerstein
151 West 42nd Street
New York, New York 10036
(T)  212.307.5500
EAPrager@venable.com
TWallerstein@venable.com

*Attorneys for Counterdefendant*