

VENABLE LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500  F 212.307.5598  www.Venable.com

May 24, 2023

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY  FILED**
> **DOC #:** _____
> **DATE FILED:**  5/25/2023

Eric A. Prager

**T** 212.503.9813
**F** 212.307.5598
EAPrager@Venable.com

*VIA ECF*

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> **Re:**   *Hedgeye Risk Management, LLC v. Dale*, No. 1:21-cv-3687 (ALC)
>         **Request to Seal Documents**

Dear Judge Lehrburger:

We represent Hedgeye Risk Management, LLC ("Hedgeye") in the above captioned matter.  We write to request that the following documents be filed under seal:

- Hedgeye's Response to Letter Motion to Compel Dated May 24, 2023
- Exhibit A to Response to Letter Motion to Compel Dated May 24, 2023

Pursuant to the Stipulated Confidentiality Agreement and Protective Order between the Parties (Dkt. 45), all Confidential Discovery Material must be filed with the Court under seal. The letter response and Exhibit A contains references to information that has been produced as Attorneys' Eyes Only.

Thank you for your consideration.

Respectfully submitted,

*/s/ Eric A. Prager*

Eric A. Prager

Granted.

SO ORDERED:

5/25/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE