```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,

                  Plaintiff,

       - against -

DARIUS DALE, et al.

                  Defendants.
-------------------------------------------------------------X

21-CV-3687 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the Dale defendants' letter motion at Dkt. 568 and Plaintiff Hedgeye's response at Dkt. 570.

1. Hedgeye shall bear the initial cost of conducting an electronic search of the laptops of Mssrs. McCullough, Blum, and Jones. However, if the search yields merely duplicative and non-material (even if relevant) documents, Hedgeye may apply for reimbursement of reasonable vendor costs from the Dale defendants.

2. Defendants' request for a one-week extension of the deadline to raise issues concerning Hedgeye's most recent production is granted.

The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 568.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 21, 2023
      New York, New York

Copies transmitted this date to all counsel of record.