UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,

                   Plaintiff,

      - against -

DARIUS DALE, et al.

                   Defendants.
-------------------------------------------------------------X

21-CV-3687 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 5, 2023, Defendants filed a motion for sanctions, portions of which they requested to file under seal due to Plaintiff having designated the material confidential. (See Dkt. 586.) Plaintiff has not followed up to confirm the propriety of filing the material under seal as required by this Court's individual rules. Accordingly, if Plaintiff seeks to maintain any of the material under seal, Plaintiff shall file the requisite application by August 15, 2023. Failure to timely file such application shall be reason alone to unseal the materials at issue.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 8, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1