```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,

                Plaintiff,

      - against -

DARIUS DALE, et al.

                Defendants.
-------------------------------------------------------------X

21-CV-3687 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On July 5, 2023, Defendants filed a motion for sanctions, portions of which they requested to file under seal due to Plaintiff having designated the material confidential. (Dkts. 586-87.) On August 8, 2023, the Court ordered Plaintiff to respond by August 15, 2023 or the materials would be unsealed for failure to confirm the propriety of filing the material under seal as required by this Court's individual rules. (Dkt. 597.) One day after the deadline, Plaintiff filed a letter de-designating the materials previously designated as "Attorneys' Eyes Only" and "Confidential." (Dkt. 602.)

      Accordingly, the motion to seal at Dkt. 586 is DENIED. The Clerk of Court is respectfully directed to make the entirety of Dkt. 587 available for public viewing, and to terminate the motion to seal at Dkt. 586.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 16, 2023
New York, New York

Copies transmitted this date to all counsel of record.