```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,          :
                                       :   21-CV-3687 (ALC) (RWL)
                         Plaintiff,    :
                                       :
          - against -                  :   ORDER
                                       :
DARIUS DALE, et al.                    :
                                       :
                         Defendants.   :
-----------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  This order addresses the concerns raised by Plaintiff at Dkt. 606.  The Clerk of Court is respectfully directed to seal and remove public access to Dkt. 587.  By August 25, 2023, Plaintiff shall file publicly file a version of Dkt. 587 that redacts only personally identifying / contact information of individual persons.

               SO ORDERED.

               _____
               ROBERT W. LEHRBURGER
               UNITED STATES MAGISTRATE JUDGE

Dated: August 18, 2023
   New York, New York

Copies transmitted this date to all counsel of record.