

**Shapiro Arato Bach LLP**

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

September 7, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2023

<u>Via ECF</u>
The Honorable Robert W. Lehrburger
500 Pearl Street, Room 1960
United States Courthouse
New York, NY 10007

Re: *Hedgeye Risk Management, LLC v. Dale*, No. 21-cv-3687 (ALC) (RWL)

Dear Judge Lehrburger:

On behalf of Defendants Dale, Lamar, and 42 Macro, we seek leave to file Exhibit A to Defendants' letter seeking clarification under seal. There is good cause to seal this exhibit. It concerns communications both parties have previously deemed confidential, and this Court has previously granted Defendants leave to file substantially similar materials under seal. (*See* Dkt. 417).

Respectfully submitted,

/s/ Jonathan P. Bach

Jonathan P. Bach

The request to seal is granted.

SO ORDERED:

9/11/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE