```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/03/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,  :
                                                              :        21-CV-3687 (ALC) (RWL)
                              Plaintiff,        :
                                                              :
          - against -                             :        **ORDER**
                                                              :
DARIUS DALE, et al.                            :
                                                              :
                              Defendants.    :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

   This order addresses the Dale Defendants' letter motion request to file a Rule 11 motion addressing the monthly-quad-model issue and which has been referred to me. (*See* Dkts. 690-92, 697.)

1. The request to proceed with Rule 11 briefing on the issue is granted. However, the motion shall not be filed until a decision issues on the parties' motions for summary judgment. Within 7 days after the decision on summary judgment, the parties shall file a joint briefing schedule.

2. The request to seal is denied. The testimony appearing in Exhibit A does not disclose confidential trade secrets; rather, it discusses alleged trade secrets without disclosing their contents. The requirements for sealing in this Circuit are not satisfied.

   The Clerk of Court is directed to terminate the letter motions at Dkts. 690, 691, and 692.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  October 3, 2024
        New York, New York

Copies transmitted this date to all counsel of record.