```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,

                Plaintiff,

- against -

DARIUS DALE, et al.

                Defendants.
-----------------------------------------------------------X

21-CV-3687 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The request to seal at Dkt. 685 and further detailed at Dkt. 701 is granted; Exhibits A, B, and C as redacted and attached to Dkt. 701 shall remain on the public record, while the redacted material therein shall remain under seal.

      The Clerk of Court is directed to terminate the letter motion at Dkt. 685.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 21, 2024
       New York, New York

Copies transmitted this date to all counsel of record.