UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
HEDGEYE RISK MANAGEMENT, LLC, :
:
               Plaintiff, :
: No. 21-cv-3687 (ALC) (RWL)
v. :
: **NOTICE OF DEFENDANTS**
: **LAMAR AND 42 MACRO'S**
: **MOTION FOR SUMMARY**
: **JUDGMENT**
DARIUS DALE, et al., :
:
               Defendants. :
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Statement of Material Undisputed Facts, and Declaration of Jonathan P. Bach, Defendants Steven Lamar and 42 Macro LLC move this Court, before the Honorable Andrew L. Carter, Jr., in the United States District Court, Southern District of New York, located at 40 Foley Square, New York, NY 10007, Courtroom 1306, for an Order granting summary judgment and dismissing all claims against them.

Dated:  New York, New York
       October 25, 2024

Respectfully submitted,

  /s/ Jonathan P. Bach
Jonathan Bach
Fabien M. Thayamballi
Alice Buttrick
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Telephone: (212) 257-4897
jbach@shapiroarato.com
fthayamballi@shapiroarato.com
abuttrick@shapiroarato.com

*Attorneys for Defendants Darius Dale, Steven Lamar, and 42 Macro LLC*