UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEDGEYE RISK MANAGEMENT, LLC
    Plaintiff,

v.

DARIUS DALE, et al.,
    Defendants

No. 21-cv-3687 (ALC) (RWL)

**ORAL ARGUMENT REQUESTED**

### NOTICE OF MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS NADINE TERMAN AND SOLSTEIN CAPITAL, LLC

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, dated October 25, 2024, the Statement of Undisputed Facts pursuant to Rule 56.1 of the Local Civil Rules for the Southern District of New York, dated October 24, 2024, the accompanying Declaration of Jason Koral and the annexed exhibits, dated October 25, 2024, and the declaration of Nadine Terman, dated October 25, 2024, and upon all prior proceedings and papers submitted in this action, Defendants Nadine Terman and Solstein Capital, LLC, move this Court, before the Honorable Andrew L. Carter, Jr., in the United States District Court, Southern District of New York, located at 40 Foley Square, New York, NY 10007, Courtroom 1306, for an Order pursuant to Federal Rule of Civil Procedure 56, granting Defendants' motion for summary judgment and dismissing with prejudice the claims asserted against them by Plaintiff Hedgeye Risk Management, LLC.

-2-

Dated: New York, New York
October 25, 2024

Respectfully submitted,

PRESS KORAL LLP

By: /s/ Jason M. Koral
Jason M. Koral

641 Lexington Avenue, Thirteenth Floor
New York, NY 10022
Phone: (917) 881-1347
jkoral@presskoral.com

*Attorneys for Nadine Terman and Solstein Capital, LLC*