UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,      :
           :
           Plaintiff,      :      21-CV-3687 (ALC) (RWL)
           :
      - against -      :
           :      **ORDER**
DARIUS DALE; STEVEN LAMAR; 42 MACRO,  :
LLC; NADINE TERMAN; and SOLSTEIN      :
CAPITAL, LLC,      :
           :
           Defendants.      :
-------------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 6, 2025, the Court issued an order addressing the parties' various requests to file material under seal in connection with their motions for summary judgment and to preclude expert testimony. (Dkt. 875.) The March 6 order directed that the parties, after meeting and conferring, file certain information with the Court by April 7, 2025. The parties have now made similar sealing requests in connection with their opposition papers, and the Court anticipates they will do so in connection with any replies as well. Accordingly, the April 7 deadline is cancelled. Instead, the parties shall follow the directives of the March 6 order for all sealing requests in connection with the parties' motions (i.e., moving papers, oppositions, and replies), and, **within 4 weeks following** submission of the parties' reply papers, shall submit a comprehensive spreadsheet and set of documents conforming to the March 6 order.

The Clerk of Court is directed to terminate the letter motions at Dkts. 893, 898, and 902.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 2, 2025
      New York, New York

Copies transmitted this date to all counsel of record.