

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

April 29, 2025

<u>Via ECF</u>
The Honorable Robert W. Lehrburger
500 Pearl Street, Room 1960
United States Courthouse
New York, NY 10007

      Re: *Hedgeye Risk Management, LLC v. Dale*, No. 21-cv-3687 (ALC) (RWL)

Dear Judge Lehrburger:

      On behalf of Defendants Darius Dale, Steven Lamar, and 42 Macro LLC, we respectfully seek the Court's immediate intervention to restrict access to Dkt. 923 and to permit Hedgeye to file a further-redacted version of that document as soon as possible.

      Hedgeye filed Dkt. 923 without sufficient redaction, and it currently discloses sensitive information about 42 Macro's revenues on the public docket. When we pointed out this oversight this morning, Hedgeye wrote a letter to Judge Carter seeking to restrict access to that document and permission to file a further-redacted substitute document. Hedgeye's letter was styled as a request for a "pre-motion conference" (Dkts. 942, 943) and Judge Carter referred the matter to Your Honor (Dkt. 946).

      We therefore respectfully request that Hedgeye's unopposed request for restriction and re-filing be granted, without prejudice to any subsequent determination that may be made on sealing when Your Honor considers the sealing disputes between the parties.

Respectfully submitted,

/s/ Jonathan P. Bach

Jonathan P. Bach

Granted. This request has been addressed by separate order.

SO ORDERED:

04/30/2025  _____

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE