UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HEDGEYE RISK MANAGEMENT, LLC,**<br><br>                              **Plaintiff,**<br><br>        -against-<br><br>**DARIUS DALE, et al.,**<br><br>                              **Defendants.** | **1:21-cv-03687 (ALC) (RWL)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      In light of Judge Lehrburger's resolution of the request for clarification, *see* ECF No. 965, the Court denies as moot Hedgeye's letter motion for a stay of the parties' deadline to file Rule 72 objections to the July 29th sealing orders. *See* ECF Nos. 963–64. As indicated in Judge Lehrburger's order, the parties shall be permitted to file objections following further input and the issuance of an amended spreadsheet. *See* ECF No. 965 at 2–3. This denial is without prejudice to any party requesting an extension at a later date.

**SO ORDERED.**

Dated:   August 11, 2025
           New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**