# VENABLE LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
**T** 212.307.5500  **F** 212.307.5598  www.Venable.com

August 7, 2025

Jessie F. Beeber

**T 212.808.5677**
**F 212.307.5598**
JBeeber@Venable.com

**VIA ECF**

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Hedgeye Risk Management, LLC v. Dale, et al.*, No. 1:21-cv-3687 (ALC) (RWL)

Dear Judge Lehrburger:

We represent plaintiff Hedgeye Risk Management, LLC ("Hedgeye") in this action. We write to request that Exhibit A to Hedgeye's Letter Motion filed with this Court on August 7, 2025 be filed under seal. Exhibit A identifies certain inconsistencies in the sealing determinations as ordered in Dkt. Nos. 956 & 956-1. These inconsistencies describe key parts of the parties' arguments on whether Hedgeye's model is a trade secret and are designated by Hedgeye as either Confidential or Attorney's Eyes Only. Hedgeye requests that Exhibit A be filed under seal on the public docket until such inconsistencies are resolved.

Respectfully submitted,

*/s/ Jessie F. Beeber*

Jessie F. Beeber

cc:    All counsel via ECF

Granted.

SO ORDERED:

8/8/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE