**VENABLE** LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

**MEMO ENDORSED**

August 8, 2025

Jessie F. Beeber
T 212.808.5677
F 212.307.5598
JBeeber@Venable.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 08/13/2025

<u>**VIA ECF**</u>

The Honorable Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Hedgeye Risk Management, LLC v. Dale, et al.*, No. 1:21-cv-3687 (ALC) (RWL)

Dear Judge Carter:

We represent plaintiff Hedgeye Risk Management, LLC ("Hedgeye") in the above captioned matter. We write to request that Hedgeye's Letter Motion filed with the Court on August 8, 2025 ("Hedgeye's Letter Motion") be filed unredacted under seal, and redacted on the public docket as it contains examples of content that is designated by Hedgeye as Attorneys Eyes Only ("AEO"). The redacted portions describe key parts of the parties' arguments on whether Hedgeye's model is a trade secret. These references are currently filed under seal pending resolution of various sealing determinations before Magistrate Judge Lehrburger. *See* Dkt. Nos. 960, 960-1, 961 & 961-1.

For the Court's convenience, and consistent with Hedgeye's Summary Judgment and Motion *in limine* briefings, Hedgeye has marked the proposed redactions in Hedgeye's Letter Motion in <u>red</u> highlighting to signify Hedgeye's designation of this material as AEO.

Respectfully submitted,

/s/ *Jessie F. Beeber*

Jessie F. Beeber

cc:   All counsel via ECF

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 13, 2025
New York, NY