**VENABLE** LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

August 21, 2025

Jessie F. Beeber

T 212.808.5677
F 212.307.5598
JBeeber@Venable.com

**VIA ECF**

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Hedgeye Risk Management, LLC v. Dale, et al.*, No. 1:21-cv-3687 (ALC) (RWL)

Dear Judge Lehrburger:

      We represent plaintiff Hedgeye Risk Management, LLC ("Hedgeye") in this action. We write to request that Hedgeye's Letter Motion filed with this Court on August 21, 2025 (the "Letter Motion") be filed under seal. The Letter Motion identifies language that describes key parts of the parties' arguments on whether Hedgeye's model is a trade secret. This language is designated by Hedgeye as Attorney's Eyes Only, and also ordered, by this Court, to be generally filed under seal. Hedgeye requests that the Letter Motion be filed under seal on the public docket until an adjudication of the merits has been made.

      Respectfully submitted,

      */s/ Jessie F. Beeber*

      Jessie F. Beeber

cc:    All counsel via ECF

Granted.

SO ORDERED:

8/25/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE