# VENABLE LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500  F 212.307.5598  www.Venable.com

August 29, 2025

Jessie F. Beeber

**T 212.808.5677**
**F 212.307.5598**
JBeeber@Venable.com

**VIA ECF**

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *Hedgeye Risk Management, LLC v. Dale, et al.*, No. 1:21-cv-3687 (ALC) (RWL)

Dear Judge Lehrburger:

  We represent plaintiff Hedgeye Risk Management, LLC ("Hedgeye") in this action. We write to request that Hedgeye's letter filed with this Court on August 29, 2025 be filed under seal. Hedgeye's letter identifies language in its requests to seal that describes key parts of the parties' arguments on whether Hedgeye's model is a trade secret, are designated by Hedgeye as Attorney's Eyes Only, and/or were ordered, by this Court, to be generally filed under seal. Hedgeye requests that the letter be filed under seal on the public docket until there has been an adjudication of the merits.

     Respectfully submitted,

     */s/ Jessie F. Beeber*

     Jessie F. Beeber

cc: All counsel via ECF