```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,             :
                                          :
                        Plaintiff,        :      21-CV-3687 (ALC) (RWL)
                                          :
        - against -                       :
                                          :      ORDER: SEALING
DARIUS DALE; STEVEN LAMAR; 42 MACRO,      :
LLC; NADINE TERMAN; and SOLSTEIN          :
CAPITAL, LLC,                             :
                                          :
                        Defendants.       :
------------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed "additional instances" of material meriting sealing (*see* Dkt. 972), invited by the Court and proposed by Hedgeye, with respect to the Court's rulings on Hedgeye's sealing requests for the parties' summary judgment and in limine materials. (*See* Dkts. 955, 965.) The Court's amended rulings on the proposed items are reflected in a spreadsheet based on that provided to the Court via email by Hedgeye on August 21, 2025 (the "Amended Hedgeye SJ Rulings"). The Court will file under seal a copy of this order along with the spreadsheet of Amended Hedgeye SJ Rulings.

However, the spreadsheet of Amended Hedgeye SJ Rulings is itself a judicial document to which the presumption of access attaches. There is no reason to maintain under seal the information in those spreadsheets that itself is not information for which the Court has granted permission to be filed under seal. Accordingly, at the same time Hedgeye files a public version of the spreadsheet containing the Court's initial rulings on the sealing requests, Hedgeye shall file a public version of the Amended Hedge SJ Rulings spreadsheet.

Hedgeye may redact from the publicly filed spreadsheets only that information for which the Court has granted the request to seal. Even then, Hedgeye must be circumspect. In most instances, the description of what is to be sealed does not reveal any seal-worthy information and thus should not be redacted even if the Court has granted sealing for the given item. Further, Hedgeye may not redact any information for any item for which the Court denied the request to seal. The only information that may be redacted from the spreadsheets is that which itself necessarily reveals the sealed information.

SO ORDERED:

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 2, 2025
         New York, New York

Copies transmitted to all counsel of record.