**VENABLE** LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

September 15, 2025

Jessie F. Beeber

**T** 212.808.5677
**F** 212.307.5598
JBeeber@Venable.com

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Hedgeye Risk Management, LLC v. Dale, et al.*, No. 1:21-cv-3687 (ALC) (RWL)

Dear Judge Carter:

We represent plaintiff Hedgeye Risk Management, LLC ("Hedgeye") in the above captioned matter. We write regarding the objection Defendants Darius Dale, Steven Lamar, and 42 Macro LLC (the "Dale Defendants") filed to Magistrate Judge Lehrburger's sealing order at Dkt. 955 (the "Second Summary Judgment Sealing Order"), Dkt. 986 (the "Dale Defendants' Objection"), Hedgeye's response to which is due today. In light of this Court's order staying the time to object to Judge Lehrburger's sealing determinations until ten days after a decision is rendered on the pending summary judgment motions (Dkt. 992), Hedgeye believes that the relief the Dale Defendants seek is now moot.

Of course, should the Court wish Hedgeye to respond to the Dale Defendants' Objection, Hedgeye will certainly do so, and Hedgeye respectfully reserves its right to substantively respond to the Dale Defendants' Objection, including on the basis that it is untimely.

Respectfully submitted,

/s/ *Jessie F. Beeber*

Jessie F. Beeber

cc:   All counsel via ECF