**VENABLE** LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

October 14, 2025

Jessie F. Beeber

T 212.808.5677
F 212.307.5598
JBeeber@Venable.com

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Hedgeye Risk Management, LLC v. Dale, et al.*, No. 1:21-cv-3687 (ALC) (RWL)

Dear Judge Carter:

We represent plaintiff Hedgeye Risk Management, LLC ("Hedgeye") in the above captioned matter. We write to request that Hedgeye's Motion for Limited Reconsideration of the Court's September 30, 2025 Opinion and Order filed with the Court on October 14, 2025 (the "Motion for Reconsideration") be filed unredacted under seal, and redacted on the public docket as it contains content that is designated by Hedgeye as Attorneys' Eyes Only ("AEO").

For the Court's convenience, and consistent with Hedgeye's Summary Judgment and Motion *in limine* briefings, Hedgeye has marked the proposed redactions in Hedgeye's Motion for Reconsideration in red highlighting to signify Hedgeye's designation of this material as AEO.

Respectfully submitted,

/s/ *Jessie F. Beeber*

Jessie F. Beeber

cc:   All counsel via ECF