**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **HEDGEYE RISK MANAGEMENT, LLC,** | |
| *Plaintiff*, | |
| -against- | 1:21-CV-03687 (ALC)(RWL) |
| **DARIUS DALE; STEVEN LAMAR; 42 MACRO, LLC; NADINE TERMAN; and SOLSTEIN CAPITAL, LLC** | **ORDER OF ADJOURNMENT** |
| *Defendants.* | |

**ANDREW L. CARTER, JR., District Judge:**

The previously scheduled conference on October 23, 2025 is adjourned to October 28, 2025 at 4:15pm.

**SO ORDERED.**

**Dated:   October 15, 2025**
          **New York, New York**        **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**