UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

HEDGEYE RISK MANAGEMENT, LLC,     :
     :
      Plaintiff,     :
     :
     v.     :     No. 21-cv-3687 (ALC) (RWL)
     :
     :     **Oral Argument Requested**
     :
DARIUS DALE, et al.,     :
     :
      Defendants.     :

-------------------------------------------------------------x

## NOTICE OF DEFENDANTS DARIUS DALE'S MOTION FOR RULE 11 SANCTIONS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion For Rule 11 Sanctions, dated October 28, 2025, and Declaration of Jonathan P. Bach, Defendant Darius Dale, moves this Court, before the Honorable Robert W. Lehrburger, Magistrate Judge for the United States District Court, Southern District of New York, located at 500 Pearl Street, Room 1960, for an Order assessing sanctions against Plaintiff Hedgeye Risk Management, LLC for violation of Federal Rule of Civil Procedure 11.

Dated: October 28, 2025

Respectfully submitted,

/s/ Jonathan P. Bach
Jonathan P. Bach
Fabien M. Thayamballi
Alice Buttrick
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4897
Fax: (212) 202-6417
jbach@shapiroarato.com
fthayamballi@shapiroarato.com
abuttrick@shapiroarato.com

*Attorneys for Defendant Darius Dale*