**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**HEDGEYE RISK MANAGEMENT, LLC,**

                  *Plaintiff*,

      -against-                        1:21-CV-03687 (ALC)(RWL)

**DARIUS DALE; STEVEN LAMAR; 42 MACRO, LLC; NADINE TERMAN; and SOLSTEIN CAPITAL, LLC**        **SCHEDULING ORDER**

                  *Defendant.*

---

**ANDREW L. CARTER, JR., District Judge:**

At discussed at today's status conference, the Court will hold an in-person status conference with the parties on **November 20, 2025 at 11:00am** to discuss outstanding objections to sealing.

**SO ORDERED.**

**Dated:** **October 28, 2025**
           **New York, New York**                        **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**