

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
**T** 212.307.5500  **F** 212.307.5598  www.Venable.com

November 7, 2025

**Jessie F. Beeber**

**t** 212.808.5677
**f** 212.307.5598
JBeeber@Venable.com

<u>**VIA ECF**</u>

The Honorable Andrew L. Carter
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re:  *Hedgeye Risk Mgmt., LLC v. Dale, et al.*, No. 1:21-cv-03687-ALC-RWL

Dear Judge Carter:

   We represent Plaintiff Hedgeye Risk Management, LLC in this action. We write to request an adjournment of the off the record status conference scheduled for November 20, 2025 at 11:00 a.m. The Court scheduled that conference to undertake a line-by-line examination of Hedgeye's objections to Judge Lehrburger's individual determinations to unseal certain information contained in the parties' motion papers, and to hear the parties' positions on those determinations.

   We are pleased to report that all parties have agreed to mediate their remaining disputes, and are currently working through the logistics of selecting a mediator and scheduling the mediation as soon as practicable. It is therefore Hedgeye's position that the Court and the parties should not expend their resources to address the disputed confidentiality designations at this time. Hedgeye has sought Defendants' consent to adjourn the November 20, 2025 status conference, and although they have agreed to mediate, Defendants do not consent to the adjournment.

   As the Court knows, it is Hedgeye's position that Defendants are attempting to eliminate Hedgeye's claims to certain trade secrets and confidential information by having it unsealed and revealed on the public record. While it is Defendants' position that First Amendment considerations counsel for publication of this information, Defendants have not cited a single trade secret or confidentiality case where such publication was required (because, of course, that would destroy the subject matter of the case under the guise of a procedural ruling). Moreover, Defendants have not articulated any reason why the revelation of this information is urgent.

   In sum, Hedgeye believes that adjourning the November 20, 2025 conference will conserve judicial resources and allow the parties to focus their energies on a potential resolution of this litigation.



The Hon. Andrew L. Carter
November 7, 2025
Page 2

      Hedgeye proposes that the parties submit a joint letter to the Court on or about December 22, 2025, updating the Court on the progress of mediation.

Respectfully submitted,

*/s/ Jessie F. Beeber*

Jessie F. Beeber

cc:    All counsel via ECF