**VENABLE** LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

November 18, 2025

Jessie F. Beeber

T 212.808.5677
F 212.307.5598
JBeeber@Venable.com

**VIA ECF**

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Hedgeye Risk Management, LLC v. Dale, et al.*, No. 1:21-cv-3687 (ALC) (RWL)

Dear Judge Lehrburger:

    We represent plaintiff Hedgeye Risk Management, LLC ("Hedgeye") in this action. We write to request that Hedgeye be permitted to file its opposition brief, and Exhibits B-2 through B-5 to the Declaration of Jessie F. Beeber (the "Beeber Declaration") under seal. The opposition brief quotes one sentence from Judge Carter's summary judgment opinion, which currently remains under seal.

    Exhibit B-2 is a document marked as Plaintiff's Exhibit 141 that was produced by Hedgeye as "Highly Confidential – Attorneys' Eyes Only" under the parties' confidentiality agreement. Good cause exists to keep Exhibit B-2 sealed, as it contains non-public internal projections and model-specific analyses that are commercially sensitive.

    Exhibit B-3 is a document produced by a third party in this litigation as "Highly Confidential – Attorneys' Eyes Only" and likewise contains non-public projections and model-specific analyses that are commercially sensitive.

    Exhibit B-4 is a document containing content that is only disclosed to Hedgeye's paying subscribers.

    Exhibit B-5 contains deposition testimony from Darius Dale that has been designated as "Highly Confidential – Attorneys' Eyes Only." Hedgeye does not believe that these excerpts require sealing.

    Respectfully submitted,

    */s/ Jessie F. Beeber*

    Jessie F. Beeber

cc:    All counsel via ECF