USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___11/18/2025___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**HEDGEYE RISK MANAGEMENT, LLC,**      :
                           **Plaintiff,**      :
                                                    :
        **-against-**      :      **1:21-CV-03687 (ALC)(RWL)**
                                                        :
**DARIUS DALE; STEVEN LAMAR; 42 MACRO,**      :      **ORDER OF**
**LLC; NADINE TERMAN; and SOLSTEIN**      :      **ADJOURNMENT**
**CAPITAL, LLC**      :
                                            :
                           **Defendant.**      :
                                            :
                                            :
-------------------------------------------------------------------- :
                                            :
                                             x

**ANDREW L. CARTER, JR., District Judge:**

      On November 10, 2025, this Court issued an order directing the parties to meet and confer to come up with a representative group of objections not to exceed 25 in advance of holding a conference to address the outstanding sealing objections. On November 14, 2025, Hedgeye submitted a letter to the Court requesting to include in the representative group of objections any objections to Judge Lehrburger's November 6, 2025 Order denying the sealing requests in connection with Hedgeye's sanction motion and accompanying exhibits. ECF No. 1039. Dale Defendants object to this request. ECF No. 1040. For the sake of judicial efficiency, Hedgeye's request to including any objections to Judge Lehrburger's November 6, 2025 order in the representative group of objections already being submitted is **GRANTED.** The parties are reminded that the representative group of objections should not exceed 25 and are due by November 25, 2025.

**SO ORDERED.**

**Dated:**      **November 18, 2025**
    **New York, New York**

          _____

            **ANDREW L. CARTER, JR.**
            **United States District Judge**