USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/20/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

**HEDGEYE RISK MANAGEMENT, LLC,**
                     *Plaintiff*,

          -against-                                **1:21-CV-03687 (ALC)(RWL)**

**DARIUS DALE; STEVEN LAMAR; 42 MACRO,**       **ORDER**
**LLC; NADINE TERMAN; and SOLSTEIN**
**CAPITAL, LLC**

                     *Defendant*.

---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

On November 19, 2025, Defendants submitted a letter with the Court indicating that Hedgeye "has revisited the numerous sealing requests that underlie its objection and is planning to remove a 'sizable' number of them." *See* ECF No. 1047. As a result, Defendants state an extension is needed to comply with the Court's November 10 Order to compile a representative list of objections not to exceed 25. *See id*. Defendants request for an extension is **GRANTED.** The parties should meet and confer and submit no more than 25 representative samples to the Court by **December 2, 2025.** Further, Hedgeye is directed to inform the Court and defense counsel of the sealing requests it is no longer pursuing as soon as possible.

The Clerk of Court is respectfully directed to terminate the pending letter motion at ECF No. 1047.

**SO ORDERED.**

**Dated:    November 20, 2025**
              **New York, New York**                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**