UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,       :
                                 :
              Plaintiff,       :       21-CV-3687 (ALC) (RWL)
                                 :
       - against -         :
                                 :        **ORDER**
DARIUS DALE; STEVEN LAMAR; 42 MACRO, :
LLC; NADINE TERMAN; and SOLSTEIN   :
CAPITAL, LLC,                       :
                                 :
              Defendants.    :
-------------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       Hedgeye's request for sealing at Dkt. 1041 is denied. The lone sentence from the summary judgment opinion is neither confidential nor the subject of Hedgeye's requested redactions from the opinion. Exs. B-2, B-3, and B-4 are stale data from 2020 that may be the output from Hedgeye's model but do not reveal any protected formulas or other potentially proprietary information. They do not disclose any trade secrets, and at most describe Hedgeye's model at a high, general level. Hedgeye also has not provided any non-conclusory justification for sealing.

       The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 1041.

                             SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: December 1, 2025
     New York, New York

1

Copies transmitted this date to all counsel of record.