

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

January 13, 2026

**Jessie F. Beeber**

**t** 212.808.5677
**f** 212.307.5598
JBeeber@Venable.com

**VIA ECF**

The Honorable Andrew L. Carter
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Hedgeye Risk Mgmt., LLC v. Dale, et al.*, No. 1:21-cv-03687-ALC-RWL

Dear Judge Carter:

      We represent Plaintiff Hedgeye Risk Management, LLC ("Hedgeye") in this action. On November 7, 2025, we informed the Court that the parties had agreed to mediate their remaining disputes. Dkt. 1037. We write now to inform the Court that the parties have selected a mediator and scheduled the mediation for April 7, the earliest date mutually available given the mediator's and parties' schedules. We will promptly inform the Court whether the mediation has resolved any or all claims in the case.

      Respectfully submitted,

      */s/ Jessie F. Beeber*

      Jessie F. Beeber

cc:    All counsel via ECF