

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
**T** 212.307.5500  **F** 212.307.5598   www.Venable.com

April 8, 2026

**Jessie F. Beeber**

**t** 212.808.5677
**f** 212.307.5598
JBeeber@Venable.com

**VIA ECF**

The Honorable Andrew L. Carter
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Hedgeye Risk Mgmt., LLC v. Dale, et al.*, No. 1:21-cv-03687-ALC-RWL

Dear Judge Carter:

      We represent Plaintiff Hedgeye Risk Management, LLC in this action.  We write in follow-up to our letter of January 13, 2026 in order to update the Court on the mediation conducted among the parties on April 7, 2026.  The mediation did not result in a final settlement, but the parties are in continuing communication with each other and/or the mediator.  We will further update the Court by April 21, 2026.

                    Respectfully submitted,

                    */s/ Jessie F. Beeber*

                    Jessie F. Beeber

cc:    All counsel via ECF