

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
**T** 212.307.5500  **F** 212.307.5598   www.Venable.com

May 5, 2026

**Jessie F. Beeber**

**t** 212.808.5677
**f** 212.307.5598
JBeeber@Venable.com

**VIA ECF**

The Honorable Andrew L. Carter
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *Hedgeye Risk Mgmt., LLC v. Dale, et al.*, No. 1:21-cv-03687-ALC-RWL

Dear Judge Carter:

We represent Plaintiff Hedgeye Risk Management, LLC in this action.  We write in follow-up to our letter of April 21, 2026 updating the Court on the mediation conducted among the parties on April 7, 2026. As this Court is aware, the mediation did not result in a final settlement. However, as of this writing, the parties are continuing communication with each other and/or the mediator.  While the parties will continue to explore the prospect of a resolution, they jointly request that, if no resolution is reached by May 19, 2026, the Court return this matter to its calendar and set a trial date.

Respectfully submitted,

*/s/ Jessie F. Beeber*

Jessie F. Beeber

cc:    All counsel via ECF