

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
**T** 212.307.5500  **F** 212.307.5598  www.Venable.com

May 19, 2026

**Jessie F. Beeber**

**t** 212.808.5677
**f** 212.307.5598
JBeeber@Venable.com

**VIA ECF**

The Honorable Andrew L. Carter
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *Hedgeye Risk Mgmt., LLC v. Dale, et al.*, No. 1:21-cv-03687-ALC-RWL

Dear Judge Carter:

     We represent Plaintiff Hedgeye Risk Management, LLC in this action.  We write in follow-up to our letter of May 5, 2026 updating the Court on the mediation conducted among the parties on April 7, 2026. The parties have been unable to reach a settlement in this matter and thus jointly request that the Court return this matter to its calendar and schedule a trial date.  Counsel will continue to communicate with each other and if a resolution becomes possible as the matter proceeds, they will so advise the Court.

     Respectfully submitted,

     */s/ Jessie F. Beeber*

     Jessie F. Beeber

cc:    All counsel via ECF