**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | : |  |
| HEDGEYE RISK MANAGEMENT, LLC, | : |  |
|  | : | No. 1:21-cv-03687 (ALC) (RWL) |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| DARIUS DALE, STEVEN LAMAR, 42 MACRO, LLC, NADINE TERMAN, AND SOLSTEIN CAPITAL, LLC | : |  |
|  | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

## <u>DECLARATION OF JAKE W. GOODMAN</u>

I, Jake W. Goodman, declare as follows:

1.    I am an attorney at Venable LLP, counsel of record for Plaintiff Hedgeye Risk Management, LLC in the above-captioned action.  The matters referred to in this declaration are based on my personal knowledge, and, if called to testify as a witness, I could and would testify competently to the facts set forth herein.

2.    Attached as **Exhibit A** is a true and accurate copy of excerpts of the deposition of Hedgeye CEO Keith McCullough, conducted on July 30, 2024.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 19, 2026 in New York, NY.

*/s/ Jake W. Goodman*
Jake W. Goodman