# Exhibit A

ATTORNEYS' EYES ONLY ~ KEITH McCULLOUGH when discussing the monthly quads, and latest iteration was to have a calculator, you know, for each month, as we would, and just formalize it.

Q.   Okay.  So what happened when -- did you have a conversation with Mr. Dale, in April, 2020?

MS. BEEBER:  Objection.

A.   Like I said again:  He worked for me; we talked every day.  Pretty much every day.  Not every day.

Q.   So you did have a conversation with him, in April, 2020?

MS. BEEBER:  Objection.

A.   I'm assuming.

Q.   Do you recall any specific conversation with him, in April, 2020?

A.   Do I recall having conversations with people I work with? Yes.

I don't recall the specific conversation you're trying to get to.

Q.   Okay.  Tell me everything you can about any outline for a model that

Page 19

ATTORNEYS' EYES ONLY ~ KEITH McCULLOUGH

Darius Dale presented to you, in or about April, 2020?

MS. BEEBER:  Objection.

You may answer.

A.   At that point of Darius working with me, he was very sophisticated at modeling; right?

So we had an up -- what he did at that point was he updated this monthly quad projection, which was borne out of the quarterly quad model.

So we had specific monthlies that we could, if we wanted to, publish to clients.  Of course, we would always discuss these things with clients prior to that.

Monthly quads were always a matter that --

MR. BACH:  Can you read back my question, please?

MS. BEEBER:  Were you finished with your answer before Mr. Bach raised his hand and you stopped speaking?

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

ATTORNEYS' EYES ONLY ~ KEITH McCULLOUGH

MS. BEEBER:  Let him ask the question.

Q.   Well, let -- let's come to that in a second.

But -- but what do we see here? How would you describe?

A.   Oh, okay.  So this is what I was referring to in -- before we went to break, which is:  If you were to look at the main line of our model, which is what we show -- you know, show the world, in terms of the features that are in the model, our methodology, the basing inference practice is to take each of these 30 features, as they're reported per month, and then that adds or subtracts to your quarterly quad Nowcast.

The monthly quad was simply having a calculator to sum up that for each month.

Q.   Okay.  And when you say --

A.   Simplifying the complex.

Q.   Okay.  And when you say: "Simply having a calculator," what do you

Page 40

ATTORNEYS' EYES ONLY ~ KEITH McCULLOUGH

mean by that?

A.    A model, a spreadsheet.

Q.    Okay.  And -- well, you mean an Excel spreadsheet?

A.    Yes.

Q.    Okay.  And what would -- is a spreadsheet like that something that someone at Hedgeye could create?

MS. BEEBER:  Objection.

A.    Well, in -- in this case, it might even -- it should've been advanced Excel; it doesn't matter.

You -- you -- whether you're using Python, Excel, whatever Darius is using because he could use all sorts of methodologies.

You would have to have a model to calculate -- you know, you build a calculator, and then it produce -- produces an output, and that's what I meant that the output is what I cared about.  Like, what is -- what is our monthly quad output?

Q.    I understand.

But someone at Hedgeye had

Page 41

ATTORNEYS' EYES ONLY ~ KEITH McCULLOUGH

MS. BEEBER:  Object to form.

A.    I don't know about difficulty.

I could tell you, it took Darius a long, long time.  That's all he would work on.  Ask him.  Hundreds and hundreds and hundreds of hours worked tirelessly, and I'd agree, on these models, and this is what we paid him for.

So it would take -- I don't know -- I don't know -- difficulty versus time, space, competence.  This is a -- you have to be highly competent with -- with our models to be able to calculate the monthly quads, and he was the only one who could do it.

Q.    Okay.  In other words:  Is there -- you know, in -- in 2020, was there anyone else, at Hedgeye, who could take these monthly calculations, from Hedgeye's models, and create a calculator to display them in a monthly platform?

MS. BEEBER:  Objection.

A.    Was there anyone, at Hedgeye, who could?

Page 43

ATTORNEYS' EYES ONLY ~ KEITH McCULLOUGH

Q.     Yes.

A.     Not anyone at Hedgeye, no.

Q.     Okay.  Are these monthly calculations something that Hedgeye would typically publish in its "Macro Themes" presentations?

MS. BEEBER:  Object to the form.

A.     Typically, no.

That was the point, is that we not publish the monthly quads.

So the discussion eventually became:  Why not?

Q.     Okay.  Putting aside the quad format, you see here that there are monthly indicators at the top of the chart; correct?

MS. BEEBER:  Object to form.

A.     Yeah.

Q.     Okay.  Would Hedgeye typically include these types of monthly indicators in its "Quarterly Macro Themes" presentations?

MS. BEEBER:  Objection.

Page 44