**sab** | Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

June 2, 2026

<u>Via ECF</u>
The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Hedgeye Risk Management, LLC v. Dale*, No. 21-cv-3687 (ALC) (RWL)

Dear Judge Carter:

  We respectfully submit this letter on behalf of Defendant Darius Dale to address the question of sealing with respect to certain exhibits submitted in support of Dale's opposition to Hedgeye's Objection to Judge Lehrburger's Report and Recommendation regarding Rule 11 sanctions.  Dale does not believe sealing is necessary or appropriate.  It is well settled that documents filed in connection with a sanctions motion are judicial documents to which a strong presumption of public access applies. *See, e.g.*, *42West LLC v. Gould*, 2024 WL 4263235, at \*3 (S.D.N.Y. Sept. 20, 2024) (presumption at its "zenith" where materials relate to pending motion for sanctions); *Centauri Shipping Ltd. v. W. Bulk Carriers KS*, 528 F. Supp. 2d 197, 204-05 (S.D.N.Y. 2007) (collecting cases holding same).  Moreover, the subject materials here are entirely stale, concerning events from approximately six years ago, and consist solely of standard internal communications and general, high-level deposition testimony.

  Indeed, when the propriety of sealing these materials was raised before Judge Lehrburger more than six months ago, he ruled in Dale's favor.  (Dkts. 1036, 1051).

  Nevertheless, despite every indication that these materials need not be sealed, Dale respectfully seeks sealing at this juncture.  Dale takes this position reluctantly and only in deference to Hedgeye's continued insistence that sealing is appropriate as set forth in Hedgeye's pending Objections to Judge Lehrburger's sealing rulings, which currently await disposition. (Dkts. 1046, 1056).

  Accordingly, Dale requests permission to file Exhibits E and H to the Bach Declaration under seal, subject to immediate unsealing if this Court overrules Hedgeye's pending Objections to Judge Lehrburger's sealing rulings.

     Respectfully submitted,

     /s/ Jonathan P. Bach
     Jonathan P. Bach