**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| HEDGEYE RISK MANAGEMENT, LLC, | : | |
| | : | No. 1:21-cv-03687 (ALC) (RWL) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| DARIUS DALE, STEVEN LAMAR, 42 | : | |
| MACRO, LLC, NADINE TERMAN, AND | : | |
| SOLSTEIN CAPITAL, LLC | : | |
| | : | |
| Defendants. | : | |

### MOTION FOR STEPHANIE DIU TO WITHDRAW AS COUNSEL OF RECORD FOR HEDGEYE RISK MANAGEMENT, LLC

Pursuant to Rule 1.4(b) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, attorney Stephanie Diu, of the law firm Venable LLP, moves to withdraw as attorney of record in the above-referenced action for Plaintiff Hedgeye Risk Management, LLC, on the grounds that Ms. Diu is leaving her employment with Venable LLP. Venable LLP, by and through the remaining attorneys of record identified on ECF for this matter, has and will continue to represent Plaintiff in this action. Stephanie Diu respectfully requests that this Court grant this Motion for Withdrawal.

Dated:  June 5, 2026

Respectfully Submitted,

 _/s/     Stephanie Diu_____
Stephanie Diu
Venable LLP
151 W. 42nd Street, 49th Floor
New York, New York 10036
T: (212) 218-2536
SPDiu@Venable.com

**SO ORDERED:**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE                 June 5, 2026