**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x

**HEDGEYE RISK MANAGEMENT, LLC,**          :
                               *Plaintiff*,          :
                                       :

          **-against-**          :          **1:21-CV-03687 (ALC)(RWL)**
                                       :

**DARIUS DALE; STEVEN LAMAR; 42 MACRO,**          :          **ORDER OF**
**LLC; NADINE TERMAN; and SOLSTEIN**          :          **ADJOURNMENT**
**CAPITAL, LLC**          :
                                       :

                        *Defendant.*          :
                                       :
                                     :

------------------------------------------------------------------ :
                                     :
                                     x

**ANDREW L. CARTER, JR., District Judge:**

On June 18, 2026, Plaintiff Hedgeye filed a letter motion for leave to file a reply in

further support of its objections to Magistrate Judge Lehrburger's Report and Recommendation

regarding sanctions. *See* ECF No. 1080. Plaintiff included the sur-reply as an exhibit. *See id*. On

June 22, 2026, Defendants filed a letter response in opposition to such request, including

substantive objections to the sur-reply. The Court **GRANTS** Plaintiff's request and accepts the

submitted sur-reply. The Court further accepts Defendants' request to treat their letter as a sur-

reply. The Court considers briefing on the issue concluded.  The Clerk of Court is respectfully

directed to terminate the pending letter motion at ECF No. 1080.


**SO ORDERED.**

**Dated:**      **June 23, 2026**          _____
            **New York, New York**                **ANDREW L. CARTER, JR.**
                                             **United States District Judge**