**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| **HEDGEYE RISK MANAGEMENT, LLC,** | : | |
| *Plaintiff*, | : | |
|  | : | |
| **-against-** | : | **1:21-CV-03687 (ALC)(RWL)** |
|  | : | |
| **DARIUS DALE; STEVEN LAMAR; 42 MACRO,** | : | **SCHEDULING ORDER** |
| **LLC; NADINE TERMAN; and SOLSTEIN** | : | |
| **CAPITAL, LLC** | : | |
|  | : | |
| *Defendants*. | : | |
|  | : | |
|  | : | |
|  | : | |

--------------------------------------------------------------------- :
:
x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Dale Defendants' letter motion for a conference regarding briefing to address whether Hedgeye has any viable claim for damages in connection with its remaining breach of contract claims against Dale. *See* ECF No. 1082. The Court is also in receipt of the Terman Defendants' letter response in support, Hedgeye's letter responses in opposition, and Dale's letter response in further support. *See* ECF Nos. 1084-87. The Court hereby **DENIES** the request for a pre-motion conference. The Court sets the following briefing schedule to address the issue:

Defendants' opening briefs:  July 10, 2026

Hedgeye's opposition brief:  July 31, 2026

Defendants' reply briefs:    August 14, 2026

**SO ORDERED.**

**Dated:    July 1, 2026**
**New York, New York**             _____
**ANDREW L. CARTER, JR.**
**United States District Judge**