UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEDGEYE RISK MANAGEMENT, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>DARIUS DALE, et al.,<br><br>    Defendants. | No. 21-cv-3687 (ALC) (RWL) |

**DECLARATION OF JASON KORAL IN SUPORT OF OPPOSITION TO MOTION TO PRECLUDE IMPROPER DMAGES EVIDENCE**

I, Jason Koral, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an attorney representing the Defendants Nadine Terman and Solstein Capital, LLC, in this action.  I submit this declaration in support of the motion filed by Defendant Solstein Capital LLC to preclude improper damages evidence offered by Plaintiff Hedgeye Risk Management, LLC.

2.      Attached as Exhibit 1 are true and correct copies of excerpts of the Rule 30(b)(6) deposition of Hedgeye Risk Management, LLC (Michael Blum, deponent), dated October 27, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 10, 2026                                    s/ Jason Koral
          New York, New York                       Jason Koral