**VENABLE** LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
**T** 212.307.5500  **F** 212.307.5598  www.Venable.com

July 20, 2026

Jessie F. Beeber

**T 212.808.5677**
**F 212.307.5598**
JBeeber@Venable.com

**VIA ECF**

The Honorable Andrew L. Carter
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    *Hedgeye Risk Management, LLC v. Dale, et al.*, No. 1:21-cv-3687 (ALC) (RWL)

Dear Judge Carter:

We represent plaintiff Hedgeye Risk Management, LLC ("Hedgeye") in this action. On July 10, 2026, Defendant Darius Dale, and Defendants Nadine Terman and Solstein Capital LLC, filed two separate "Motions to Preclude" Hedgeye from seeking certain damages related to Hedgeye's remaining claims against them. *See* Dkt. Nos. 1090 & 1094 ("Defendants' Motions to Preclude"). Pursuant to the Court's Scheduling Order dated July 1, 2026, Hedgeye's oppositions to each of Defendants' Motions to Preclude are due on July 31, 2026. Dkt. No. 1088. Hedgeye respectfully requests a brief extension of that deadline until August 21, 2026.

The reason for the request is that Hedgeye's President and principal decisionmaker, Michael Blum, is out of the country and has been since the Motions to Preclude were filed, limiting counsel's ability to consult with him regarding the issues raised in Defendants' Motions to Preclude. Hedgeye's lead counsel and others on her team are managing multiple competing litigation deadlines during the current briefing period, and lead counsel has a vacation scheduled for the week of August 3, 2026.

Defendants object to Hedgeye's requested extension, and would only agree to a one week extension until August 7, 2026. That proposal, however, does not resolve Hedgeye's scheduling issues. These are serious dispositive motions seeking to dismiss Hedgeye's claims that survived summary judgment. An additional one-week extension would not meaningfully provide counsel with sufficient time to consult with Mr. Blum regarding the issues raised in Defendants' Motions to Preclude while also managing competing litigation deadlines. And lead counsel will not be in the office that week. Hedgeye accordingly requests until August 21, 2026 to file its opposition.

Hedgeye's requested extension will not prejudice Defendants. As Defendants know, the Court has not scheduled a trial date or pretrial conference date, and has not set a schedule for motions *in limine*. Granting this modest extension therefore will not affect any existing case deadlines or delay these proceedings.

**VENABLE** LLP

Hon. Andrew L. Carter
July 20, 2026
Page 2

  For these reasons, Hedgeye respectfully requests that the Court extend its deadline to file its oppositions to Defendants' Motions to Preclude from July 31, 2026, to August 21, 2026.

         Respectfully submitted,

         */s/ Jessie F. Beeber*

         Jessie F. Beeber

cc:  All counsel via ECF