Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

July 21, 2026

Via ECF
The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Hedgeye Risk Management, LLC v. Dale*, No. 21-cv-3687 (ALC) (RWL)

Dear Judge Carter:

Defendants oppose Hedgeye's requested three-week extension of its briefing deadline on the issue of contract damages. (Dkt. 1096).

It should not take Hedgeye an additional three weeks, for a total of six weeks, to respond to a 15-page motion (and a largely duplicative 8-page motion), especially when the grounds and key citations for the relief sought where spelled out in a premotion letter filed nearly a month ago on June 22. The requested extension would double the time the Court allotted for Hedgeye to submit its opposition, in a briefing schedule that Hedgeye did not object to at the time. (Dkt. 1088).

Hedgeye's primary justification for seeking more time, that its President Michael Blum is out of the country, is not persuasive. Surely Mr. Blum can participate in phone calls and send emails, not to mention attend Zoom conferences, while overseas. Hedgeye worked with two subject matter experts in this case, one based in Spain and the other in Australia. That one of Hedgeye's lawyers has vacation scheduled the week of August 3 should not substantially interfere with progress on briefs currently due July 31, before the vacation begins. Hedgeye brought these claims as plaintiff and should not be permitted unreasonable or excessive delay.

As a matter of professional courtesy, Defendants will consent to a one-week extension, but oppose any extension beyond that. Defendants request that their reply deadline be adjusted accordingly.

Respectfully submitted,

/s/ *Jonathan P. Bach*
Jonathan P. Bach

*On behalf of counsel for all Defendants*