**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HEDGEYE RISK MANAGEMENT, LLC,<br><br>Plaintiff-Counterdefendant,<br><br>v.<br><br>DARIUS DALE, STEVEN LAMAR, 42 MACRO, LLC, NADINE TERMAN, AND SOLSTEIN CAPITAL, LLC,<br><br>Defendants-Counterclaimants. | No. 1:21-cv-03687 (ALC) (RWL) |

**DECLARATION OF SARIKA ANDAVOLU IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS DARIUS DALE'S AND SOLSTEIN CAPITAL LLC'S POST-SUMMARY JUDGMENT MOTIONS TO DISMISS HEDGEYE'S BREACH OF CONTRACT CLAIMS**

SARIKA ANDAVOLU, pursuant to 28 U.S.C. § 1746(2), declares as follows:

1. I am over the age of 18 and am an attorney with the law firm of Venable LLP. This declaration is based upon my personal knowledge of the matters set forth below. If called to testify to the facts set forth herein, I could and would competently do so.

2. Attached hereto as **Exhibit 1** is Defendant Darius Dale's Revised and Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories dated August 27, 2021.

3. Attached hereto as **Exhibit 2** is a Tweet posted by Defendant Darius Dale dated April 30, 2021, and time stamped 9:22 AM.

4. Attached hereto as **Exhibit 3** is a Tweet posted by Defendant Darius Dale dated April 30, 2021, and time stamped 8:57 AM.

5. Attached hereto as **Exhibit 4** is a Tweet posted by Defendant Darius Dale dated April 30, 2021, and time stamped 1:04 AM.

6. Attached hereto as **Exhibit 5** is Plaintiff Hedgeye Risk Management, LLC's Responses to Defendant Darius Dale's First Set of Interrogatories dated July 12, 2021.

7. Attached hereto as **Exhibit 6** is Plaintiff Hedgeye Risk Management, LLC's Responses to Defendant Steven Lamar's First Set of Interrogatories dated November 22, 2021.

8. Attached hereto as **Exhibit 7** is Plaintiff Hedgeye Risk Management, LLC's Supplemental Amended Responses to Defendants' Interrogatories dated June 11, 2022.

9. Attached hereto as **Exhibit 8** is Plaintiff Hedgeye Risk Management, LLC's Responses to Defendant 42 Macro's First Set of Interrogatories dated January 9, 2023.

10. Attached hereto as **Exhibit 9** is an excerpt from the transcript of the deposition of Keith McCullough dated May 24, 2022.

11. Attached hereto as **Exhibit 10** is an excerpt from the transcript of the deposition of Michael Blum dated October 27, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 21, 2026

New York, New York

*/s/ Sarika Andavolu*

Sarika Andavolu