# Exhibit 2



**Darius Dale**
@Darius Dale
[Link to tweet](Link to tweet)

**DELETED 2021-04-30 10:19:58 -0400**

Let my story be a cautionary tale to the many talented black, brown, and female workers on Wall St. who continue to be denied #equalpayforequalwork.

This isn't me playing the "race card". It's me explaining why I left a company I helped build after 12yrs of dedicated service. https://t.co/RS1UduW8m5

09:22 AM · Apr 30, 2021