# Press Koral LLP

Partners
Jason M. Koral
Matthew J. Press

September 9, 2026

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Hedgeye Risk Mgmt., LLC v. Dale, et. al.,* No. 1:21-cv-03687-ALC-RWL

Dear Judge Carter:

Defendants Solstein LLC and Nadine Terman (the "Solstein Defendants") respectfully submit this letter to clarify that the Court's August 27, 2026 Order granting the Letter Motion for Extension of Time to File Response/Reply until September 18, 2026, applies to all Defendants, including the Solstein Defendants To the extent it does not, the Solstein Defendants respectfully request the same extension for submission of their reply brief.

This extension—to the extent not already granted in the Court's August 27, 2026 Order [1102]—will not affect any other deadlines in the case and will bring all deadlines in line with one another.

Respectfully submitted,

/s Jason Koral
Jason Koral.
PRESS KORAL LLP
641 Lexington Avenue, 13th Floor
New York, NY 10022
Phone: (917) 881-1347
jkoral@presskoral.com

*Counsel for Defendants Nadine Terman and Solstein Capital, LLC*