sab | Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

October 16, 2026

Via ECF
The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Hedgeye Risk Management, LLC v. Dale*, No. 21-cv-3687 (ALC) (RWL)

Dear Judge Carter:

Defendants Dale, Lamar, and 42 Macro respectfully request that the Court unseal its summary judgment opinion, filed provisionally under seal on September 30, 2025. (Dkt. 998). The parties emailed their respective sealing proposals to chambers on October 28, 2025, and filed a joint letter the same day. (*See* Dkt. 1031). The Court's recent ruling on Hedgeye's objections to Judge Lehrburger's sealing orders appears to resolve any contested issues. (*Compare id.* at 2, *with* Dkt. 1108).

For the Court's convenience, counsel will email the previously proposed redactions to chambers in connection with this filing.

Respectfully submitted,

/s/ Jonathan P. Bach

Jonathan P. Bach