VENABLE LLP

151 WEST 42ND STREET 49TH FLOOR NEW YORK, NY 10036
T 212.307.5500 F 212.307.5598 www.Venable.com

October 19, 2026

Jessie F. Beeber

**T 212.808.5677**
**F 212.307.5598**
JBeeber@Venable.com

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Hedgeye Risk Management, LLC v. Dale, et al.*, No. 1:21-cv-3687 (ALC) (RWL)

Dear Judge Carter:

We represent plaintiff Hedgeye Risk Management, LLC ("Hedgeye") in the above-captioned matter. We write regarding the Court's September 29, 2026 Opinion and Order (Dkt. No. 1108, the "Order"), an unsealed version of which was provided to the parties on Thursday, October 15, 2026. Hedgeye respectfully requests: (1) an extension, from October 21 to October 30, 2026, of the deadline to submit proposed redactions pursuant to the Court's Order; and (2) clarification as to whether the Court intends Hedgeye to submit proposed redactions to approximately 2,000 entries listed in the initial objections Hedgeye made to Magistrate Judge Lehrburger's sealing orders (Dkt. No. 1007, "Hedgeye's Initial Objections").

By way of brief background, in February 2025, the parties filed their summary judgment and *Daubert* briefing under seal and moved to seal certain materials. Magistrate Judge Lehrburger subsequently issued rulings on the parties' proposed redactions. *See* Dkt. Nos. 956, 965, 981-1. Following this Court's September 30, 2025 summary judgment decision, Hedgeye and Defendants filed objections to those sealing rulings. *See* Dkt. Nos. 1004, 1007. The Court thereafter directed the parties to meet and confer and identify no more than 25 representative objections for the Court's consideration. On December 2, 2025, the parties submitted a joint letter and accompanying spreadsheet setting forth those representative objections and the parties' respective positions. *See* Dkt. Nos. 1053–54 (the "Parties' Joint Submission").

On September 29, 2026, the Court issued the Order resolving the parties' representative objections and Hedgeye's related motions to seal. The Order was filed under temporary seal and directed the parties to submit proposed redactions by October 21, 2026.

Although the Order was entered on September 29, 2026, as noted above, the parties did not receive an unsealed copy from the Court until October 15, 2026. As a result, Hedgeye has had less than one week, rather than the approximately three weeks contemplated by the Order, to review the Court's rulings, confer with its client, coordinate with Defendants as necessary, and prepare

VENABLE LLP



proposed redactions. Hedgeye therefore respectfully requests that the October 21 deadline be extended to October 30, 2026.

We have not previously requested an extension of this deadline. Defendants Darius Dale, Steven Lamar, 42 Macro, Nadine Terman, and Solstein Capital LLC have stated that they take no position regarding Hedgeye's request for an extension.

Hedgeye also respectfully requests clarification regarding the materials for which the Court expects proposed redactions. In addressing Hedgeye's letter motions to seal, the Order discusses Hedgeye's motions to seal both Hedgeye's Initial Objections and the Parties' Joint Submission, before directing the parties to "submit proposed redactions for an unsealed version by October 21, 2026." *See* Order at 19–20. The Order's conclusion then separately directs the parties to "submit proposed redactions for an unsealed opinion by October 21, 2026." *Id.* at 21.

Hedgeye therefore respectfully requests clarification as to whether the Court intends Hedgeye to submit proposed redactions to its Initial Objections, in addition to proposed redactions to the Order and the Parties' Joint Submission. Because Hedgeye's Initial Objections encompass approximately 2,000 individual entries, if the Court intends Hedgeye to submit proposed redactions to that filing as well, Hedgeye would like to request additional time beyond October 30, 2026 to do so.

Accordingly, Hedgeye respectfully requests that the Court extend the October 21, 2026 deadline to submit proposed redactions to the Order and the Parties' Joint Submission to October 30, 2026. If the Court intends Hedgeye to submit proposed redactions to the approximately 2,000 individual entries listed in Hedgeye's Initial Objections, Hedgeye intends to seek a further extension of the deadline to provide those proposed redactions.

Respectfully submitted,

/s/ *Jessie F. Beeber*

Jessie F. Beeber

cc: All counsel via ECF