UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HEDGEYE RISK MANAGEMENT, LLC, Plaintiff, - against - DARIUS DALE; STEVEN LAMAR; 42 MACRO, LLC; NADINE TERMAN; and SOLSTEIN CAPITAL, LLC, Defendants. | : | 21-CV-3687 (ALC) (RWL) **ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the sealing issues with respect to disclosing a public version of the Court's summary judgment ruling at Dkt. 998 provisionally filed under seal. The Court has considered the parties' proposed redactions and arguments at Dkts. 1031, 1110, 1115, and 1116; copies of the summary judgment decision displaying the parties' proposed redactions submitted in camera; the Court's other sealing orders and opinions; and standards for sealing set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006).

Each of the four proposed bulleted items identified by Defendants at Dkt. 1031 p. 1, to which Plaintiff does not object, may remain under seal.

With respect to the four proposed bulleted items identified by Plaintiff at Dkt. 1031 p.2, Hedgeye has since dropped its challenge to unredacting the first (p.25) and third (p.68) bulleted items. (Dkt. 1115 at 2.) Hedgeye does not oppose public filing of the summary judgment decision, subject to the redactions Hedgeye currently seeks at pages 33 and 80. (*Id*. at 2.)

p.33: the requested redaction is allowed only as to the last five words of the proposed redaction; that redaction is consistent with the Court's opinion at Dkt. 1108 p.8; the remainder of the requested redaction is not and is disallowed.

p. 80: the first two requested redactions are disallowed; these are discrete, high-level, and vague excerpts from Attachment A; the third requested redaction ("Dale highlights …") similarly is high-level and is disallowed. The fourth requested redaction is overbroad – only the last nine words after "want to" may be redacted. That is consistent with the Court's opinion at Dkt. 1108 p.8; the remainder of the requested redaction is not and is disallowed.

To be clear, the Court's ruling herein is not, and may not be offered as, recognition that the redacted portions allowed are trade secrets.

SO ORDERED.



ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 4, 2026
New York, New York

Copies transmitted this date to all counsel of record.